IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

JOHN TREVOR TURNER,                      *

                    Plaintiff,           *

v.                                              Case No.   5:25-cv-00154-CAR-CHW

                                         *

WILCOX STATE PRISON et al.,

                                         *

                    Defendants.          *

_____        *

## J U D G M E N T

Pursuant to this Court's Order dated November 24, 2025, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 24th day of November, 2025.

David W. Bunt, Clerk


s/ Erin Pettigrew, Deputy Clerk